385-07/MEU/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NANJING PETROLEUM
TRANSPORTATION CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax



Michael E. Unger (MU 0045)
Manuel A. Molina (MM 1017)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   07 CIV.          (          )
NANJING PETROLEUM
TRANSPORTATION CO. LTD.,                                        **RULE 7.1 STATEMENT**

                          Plaintiff,

   -against-

GLASFORD SHIPPING LTD.,

                          Defendant.
-----------------------------------------------------------x

      NANJING PETROLEUM TRANSPORTATION CO. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
       August 8, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff

            By: _____
                              Michael E. Unger (MU 0045)
                              Manuel A. Molina (MM 1017)

NYDOCS1/288172.1