J85-07/MEU
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NANJING PETROLEUM
TRANSPORTATION CO. LTD.,

                 Plaintiff,

-against-

GLASFORD SHIPPING LTD.,

                 Defendant.
----------------------------------------x

07 CIV. 7062 (McMahon)

**NOTICE AND ORDER OF DISMISSAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07

    This action having been settled and the defendant and garnishees not having answered, appeared or served any motions for summary judgment, this action is hereby voluntarily dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without prejudice and without costs to any party.

Dated: New York, New York
         August ___, 2007

/s/
_____
Michael E. Unger, Esq. (MU0045)
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NANJING PETROLEUM
TRANSPORTATION CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

"SO ORDERED"

_____
Honorable Colleen McMahon
United States District Judge

8-14-07

NYDOCS1/288445.1
1 04 9782 00 460040A